**MANDATE**

CTDC /NHCT
02-cv-1218

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT



TOBI BROWN
    Appellee

DOCKET NO. 03-7265

vs.:

AREA COOPERATIVE
    Appellant

JANUARY 5, 2004

FILED JAN 16 2004 UNITED STATES COURT OF APPEALS SECOND CIRCUIT

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

_____
Attorney Andrew A. Cohen
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
Attorney for Appellant

_____
Attorney Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511
Attorney for Appellee

A TRUE COPY
Rosemann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

SO ORDERED, THIS 15th DAY OF JANUARY 2004.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel

FJS/dr.

CERTIFIED: